October 20, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

DOMINIC MARROCCO, Appellant

NO. 14-10-01077-CV                    V.

MARK HILL, Appellee
_____

This cause, an appeal from the order denying the special appearance of appellant, Dominic Marrocco, signed October 21, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Dominic Marrocco, to pay all costs incurred in this appeal. We further order this decision certified below for observance.